ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Goodwill Industrial Services Corporation | ) ASBCA No. 64403 |
| | ) |
| Under Contract No. W81K00-21-C-0008 | ) |

APPEARANCE FOR THE APPELLANT:          Mr. Luci Cruz-Laporte
                                                            Director

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                                            Army Chief Trial Attorney
                                                            MAJ Katharine M. Calderon, JA
                                                            Carter Cassidy, Esq.
                                                            Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE WILSON

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $446,385.24. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: April 7, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


J. REID PROUTY                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 64403, Appeal of Goodwill Industrial Services Corporation, rendered in conformance with the Board's Charter.


Dated: April 7, 2026


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2